UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | |
|---|---|
| RICHARD MCNICHOL, | |
|         Plaintiff, | |
| v. | **ORDER** |
| SHERIFF LOU FALCO, sued in his official and individual capacities; COUNTY OF ROCKLAND; and CHIEF ANTHONY VOLPE, sued in his official and individual capacities, | 16 CV 2119 (VB) |
|         Defendants. | |

--------------------------------------------------------------x

| | |
|---|---|
| JACQUELIN MILLIEN; GREG ESPOSITO; STEFAN TCHOR; LARRY LANS; and MELISSA SEMINARA, | |
|         Plaintiffs, | |
| v. | 16 CV 9868 (VB) |
| SHERIFF LOU FALCO and COUNTY OF ROCKLAND, | |
|         Defendants. | |

--------------------------------------------------------------x

The Court conducted a status conference today in the above matters, at which plaintiffs, and counsel for all parties, appeared by telephone. Accordingly, it is HEREBY ORDERED that a status conference is scheduled for April 7, 2021, at 4:00 p.m. Counsel shall attend the conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662

    **Access Code:**    1703567

Dated: January 20, 2021
       White Plains, NY

                      SO ORDERED:

                      _____
                      Vincent L. Briccetti
                      United States District Judge