UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD MCNICHOL,                        :
               Plaintiff,     :
v.                           :     **<u>ORDER</u>**
                              :
SHERIFF LOU FALCO, sued in his official and  :
individual capacities; COUNTY OF           :     16 CV 2119 (VB)
ROCKLAND; and CHIEF ANTHONY        :
VOLPE, sued in his official and individual    :
capacities,                        :
              Defendants.    :
------------------------------------------------------------x
JACQUELIN MILLIEN; GREG ESPOSITO;   :
STEFAN TCHOR; LARRY LANS; and      :
MELISSA SEMINARA,               :
               Plaintiffs,    :
v.                           :     16 CV 9868 (VB)
                              :
SHERIFF LOU FALCO and COUNTY OF    :
ROCKLAND,                     :
              Defendants.    :
------------------------------------------------------------x

       The Court conducted a status conference today in the above matters, at which plaintiffs,

and counsel for all parties, appeared by telephone.  Accordingly, it is HEREBY ORDERED that

a status conference is scheduled for <u>April 7, 2021, at 4:00 p.m.</u>  Counsel shall attend the

conference by calling the following number and entering the access code when requested:

           **Dial-In Number:**     **(888) 363-4749 (toll free) or (215) 446-3662**

           **Access Code:**     **1703567**

Dated: January 20, 2021
      White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge