# SARETSKY KATZ & DRANOFF, L.L.P.

**565 Taxter Road – Suite 210**
**Elmsford, New York 10523**

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939

www.skdllp.com

(Please send all correspondence to the Elmsford address)

NEW YORK CITY OFFICE
---
515 Madison Avenue
New York, New York 10022

ROCKLAND COUNTY OFFICE
---
450 Piermont Avenue
Piermont, New York 10968

March 16, 2021

**_Via ECF_**
Hon. Andrew E. Krause
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  *John Cocuzza, Jaquelin Millien, Greg Esposito, Stefan Tchor, Larry Lans, Melissa Seminara v. Sheriff Lou Falco, County of Rockland*
Docket No.: 16-CV-9868 (VB)
and
*Richard McNichol v. Sheriff Lou Falco, County of Rockland and Chief Anthony Volpe*
Docket No.: 16 CV 02119 (VB)

Dear Judge Krause:

We write on behalf of the defendants in the two above-captioned matters. In connection with the telephonic settlement conference scheduled for March 23 at 2:15 p.m., we respectfully request an adjournment of three to four weeks. Yesterday I participated in a conference call with our client, defendant the County of Rockland, and the excess insurance carrier for these claims, during which I had hoped to get the excess carrier and the County on the same page for the upcoming settlement conference. However, the excess carrier's claims representative informed us that from his perspective "the question of coverage is up in the air" and that he would be providing us with a coverage letter late this week; on Thursday or Friday. Until we receive that coverage letter, we cannot realistically participate in a settlement conference in any meaningful way. We do not want to impose on the court's or plaintiffs' counsel's time for a settlement conference when we do not yet have a clear picture of what our settlement authority may be. We, therefore, respectfully request that the settlement conference be adjourned for three or four weeks so that we can receive and review the excess carrier's coverage letter and update the court on these matters. I have spoke with plaintiffs' counsel regarding these issues, and their position, as I understand it, is that while they are willing to participate in settlement discussions once the County's coverage situation is clarified, they would prefer to set a trial date and engage in these discussions while the trial date is pending. This is our first request to adjourn the settlement conference. Thank you for your consideration.

Very truly yours,

Robert B. Weissman

Hon. Andrew Krause
March 16, 2021
Page 2

cc: Michael H. Sussman, Esq.
Jonathan Goldman, Esq.

> Defendants' applications to adjourn the settlement conference (ECF No. 99 in the -2119 matter, and ECF No. 151 in the -9868 matter) are GRANTED to allow Defendants time to further assess and understand the scope of insurance coverage in these matters. The settlement conference is hereby rescheduled to Tuesday, April 20, 2021 at 2:30 p.m. The parties are directed to use the same teleconference information set forth in the original settlement conference scheduling orders (ECF No. 98 in the -2119 matter, and ECF No. 150 in the -9898 matter). The pre-conference submission requirements remain in effect for the rescheduled conference -- the parties' *ex parte* letters must be submitted to the Court via e-mail on or before Friday, April 16, 2021.
>
> Dated: March 17, 2021

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge