USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RICHARD MCNICHOL,
        Plaintiff,

v.

SHERIFF LOU FALCO, sued in his official and individual capacities; COUNTY OF ROCKLAND; and CHIEF ANTHONY VOLPE, sued in his official and individual capacities,
        Defendants.
--------------------------------------------------------------x
JACQUELIN MILLIEN; GREG ESPOSITO; STEFAN TCHOR; LARRY LANS; and MELISSA SEMINARA,
        Plaintiffs,

v.

SHERIFF LOU FALCO and COUNTY OF ROCKLAND,
        Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 2119 (VB)

16 CV 9868 (VB)

The parties are advised that the tentative trial date of November 15, 2021, is now a firm trial date. To be clear, jury selection and trial are scheduled to begin on **November 15, 2021, at 9:30 a.m.**, absent further Court Order. This is a firm date.

All other deadlines set forth in the Court's Order dated May 4, 2021 (Doc. #104), remain unchanged, including the date and time for the final pretrial conference, which is scheduled for November 5, 2021, at 2:30 p.m.

Dated: September 15, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1